UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. GRIFFITH, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2462 MCE AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 10. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 24, 2018, (ECF No. 10) are ADOPTED in full;

1

2. Plaintiff's due process claims against defendants CSP-SAC Lt. R. Cross, MCSP Warden J. Lizarrago, and CDCR Secretary S. Kernan, are DISMISSED without leave to amend;

3. Plaintiff's RICO claims and state claim for intentional interference with prospective economic advantage are DISMISSED without leave to amend; and

4. Defendants Cross, Lizarrago and Kernan are DISMISSED from this action.[1]

5. This action shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: February 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] As plaintiff was previously informed, his election to proceed on the original complaint is construed as plaintiff's agreement to the voluntary dismissal, without prejudice, of defendant Cross from this action. See ECF No. 10 at 15 ¶ 5. Defendants Lizarrago and Kernan are dismissed from this action with prejudice.