**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**JOHN HARDNEY**,
          Plaintiff,                **No. 2:17-cv-2462 MCE AC P**
    vs.

**T. GRIFFITH, et al.**,
          Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

      **John Hardney, inmate # D-00599**, a necessary and material witness in settlement proceedings in this case on April 24, 2019, is confined in California State Prison Sacramento, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to Courtroom 25 (8th Floor) before Magistrate Judge Kendall J. Newman, United States District Court, 501 I Street, Sacramento, California 95814, on **April 24, 2019, at 1:30 p.m.**

      **ACCORDINGLY, IT IS HEREBY ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear in the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison Sacramento.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California State Prison Sacramento, P.O. Box 290002, Represa, CA 95671:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place noted above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 14, 2019

*Allison Claire*
_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE