1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  R. LAWRENCE BRAGG, State Bar No. 119194
   Supervising Deputy Attorney General
3  WILLIAM MCCASLIN, State Bar No. 249976
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7350
6   Fax: (916) 324-5205
    E-mail: William.McCaslin@doj.ca.gov
7  *Attorneys for Defendants T. Griffith, J. Gold,
   M. Gruenwald, A. Matson, M. Rhoades, and
8  D. Vasquez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN HARDNEY,<br><br>Plaintiff,<br><br>v.<br><br>T. GRIFFITH, et al.,<br><br>Defendants. | Case No. 2:17-cv-02462-MCE-AC (PC)<br><br>**[PROPOSED] ORDER**<br><br>Judge: The Honorable Allison Claire<br>Action Filed: November 22, 2017 |

Based on the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants Griffith, Matson, Rhoades, Gruenwald, Gold and Vasquez are dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

DATED: July 16, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE