UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. GRIFFITH, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2462 MCE AC P<br><br><br>ORDER |

This prisoner civil rights case was closed on July 17, 2019, the day after the parties filed a stipulation for dismissal and informed the court that they had resolved the case in its entirely. See ECF Nos. 26, 27.

On December 15, 2019,[1] plaintiff filed and served a motion for court order directing defendants to comply with their settlement agreement to compensate plaintiff in the amount of $2,000. ECF No. 28. Plaintiff states that the parties settled the case on June 27, 2019, on terms including a payment of $2,000 to plaintiff within six months of that date. As of December 15, 2019, plaintiff had not received payment. Plaintiff seeks immediate payment with interest for late payment under 28 U.S.C. § 1961.

////

---

[1] Under the prison mailbox rule, a document is deemed filed and served on the date it was signed by the prisoner and given to prison officials for mailing. Houston v. Lack, 487 U.S. 266 (1988).

1

IT IS HEREBY ORDERED that:

1. Defendants shall file and serve a response to plaintiff's motion within fourteen (14) days after the filing date of this order; and

2. Plaintiff may file and serve a reply within fourteen (14) days after the service date of defendants' response.

DATED: January 7, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE